IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

UNITED STATES OF AMERICA     PLAINTIFF

v.     CIVIL ACTION NO.: 4:22-cv-131-DMB-DAS

CLYDE BOONE     DEFENDANT

## CONSENT JUDGMENT

The United States of America, acting through the United States Department of Justice and on behalf of the United States Small Business Administration, and Defendant Clyde Boone stipulate and consent to the entry of this $23,847.72 judgment. Based on the certified financial information provided by Defendant Clyde Boone, and in recognition of his cooperation with the United States' investigation, the parties stipulate and consent to the entry of judgment in favor of the United States of America against Defendant Clyde Boone in the sum of $23,847.72 which specifically includes $20,947.72 for the Paycheck Protection Program loan; $2,500.00 for the bank processing fee; and $400.00 for the court filing fee. Post judgment interest shall accrue at the legal rate pursuant to 28 U.S.C. § 1961(a) and shall be computed daily and compounded annually until the paid in full, but without costs to either party. Defendant Clyde Boone agrees that the sum owed, $23,847.72 plus interest, is due and payable in full immediately. Defendant Clyde Boone further agrees to pay the $400.00 court filing fee pursuant to 28 U.S.C. § 2412(a)(2).

Provided, however, execution shall not issue upon this judgment as long as Defendant Clyde Boone pays to the Department of Justice, through the United States Attorney, 900 Jefferson Avenue, Oxford, Mississippi 38655, an agreed upon minimum monthly payment each and every month until this judgment is satisfied. The amount of this payment shall be subject to review and modification not less

than annually. This debt shall also be included in the Treasury Offset Program so that any federal monies owed to Defendant Clyde Boone will be credited to his outstanding debt.

IT IS SO ORDERED this 4th day of October, 2022.

_____
UNITED STATES DISTRICT JUDGE

PREPARED BY AND AGREED TO:

CLAY JOYNER
United States Attorney

_____
J. LUKE BENEDICT, MS BAR # 102992
Assistant United States Attorney
Northern District of Mississippi
Ethridge Professional Building
900 Jefferson Avenue
Oxford, Mississippi 38655
Telephone: (662) 234-3351
Email: luke.benedict@usdoj.gov
*Attorney for Plaintiff United States of America*

AGREED TO:

_____
CLYDE BOONE, *Pro Se*